# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163045(38)

JASON LAVERY,
      Plaintiff-Appellee,

v

THERESA MARIE GAFKEN,
      Defendant-Appellee,
and

JOHN EDWIN DAWSON, II,
      Defendant-Appellant.

_____/

SC: 163045
COA: 354053
St. Clair CC: 18-002474-NI

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The amended answer submitted on July 21, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2021



Clerk